AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-01205-AJT-TCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CORUS ENTERTAINMENT INC.
was received by me on *(date)* January 4th, 2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rowan Malak (Human Resources Department) who is
designated by law to accept service of process on behalf of *(name of organization)* CORUS ENTERTAINMENT INC.
_____ on *(date)* January 5th, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: January 6/21

*Server's signature*

SWORN BEFORE ME
AT TORONTO, ONTARIO
ON 6th day of January, 2021

Adam Boudorga (Process Server)
*Printed name and title*

Olawale Akinyosoye, a
Commissioner, etc., City of Toronto
for the Government of Ontario,
Ministry of the Attorney General

Stamped Services Inc. 515-157 Adelaide St W Toronto, ON
*Server's address*

Additional information regarding attempted service, etc: