IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE CONSORTIUM FOR INDEPENDENT JOURNALISM, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL NEWS, a division of Corus Entertainment, Inc.<br><br>Defendant. | Case No. 1:20-CV-1205-AJT-TCB |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant declares that Global News is a division of Corus Television Limited Partnership, which in turn is an indirect, wholly-owned subsidiary of Corus Entertainment Inc. a publicly held company whose stock is traded on the Toronto Stock Exchange. No publicly traded corporation currently owns 10 percent or more of Corus Entertainment Inc. stock.

Dated: January 26, 2021

Respectfully submitted,

BALLARD SPAHR LLP

By /s/ *Matthew E. Kelley*
  Matthew E. Kelley, Va. Bar No. 84045
  Seth D. Berlin (*pro hac vice* application pending)

1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Phone: 202-661-2200
Fax: 202-661-2299
kelleym@ballardspahr.com
berlins@ballardspahr.com

*Counsel for Defendant Global News*

# CERTIFICATE OF SERVICE

I certify that on January 26, 2021, I caused a true and correct copy of the foregoing Defendant's Rule 7.1 Corporate Disclosure Statement to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

    /s/ *Matthew E. Kelley*
Matthew E. Kelley, Va. Bar No. 84045
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Phone: 202-661-2200
Fax: 202-661-2299
kelleym@ballardspahr.com

*Counsel for Defendant Global News*